William H. STALLINGS,
Plaintiff/Respondent,

v.

The PRIDE ORGANIZATION, INC.,
et al., Defendants/Appellants.

No. 72407.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 31, 1998.

Joe A. Johnson, & Yates, L.L.C., St. Louis, for defendants/appellants.

Eugene Portman, Wrenn Terrill Kates, Clayton, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Respondent filed a suit to compel specific performance of a promissory note. Appellants raised fraud in the procurement as an affirmative defense. Respondent filed a motion for summary judgment which the trial court granted. Appellants appeal.

The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A written opinion would have no precedential value. However, we have provided the parties with a memorandum, for their information only, setting forth our reasoning.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).